FILED

NOV 21 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY SHEPPARD,<br><br>    Plaintiff.<br><br>v.<br><br>AUDREY KING, et al.,<br><br>    Defendants. | No. C 14-04546 BLF (PR)<br><br>**ORDER ADDRESSING PENDING MOTION**<br><br>(Docket No. 3) |

    On October 10, 2014, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983.[1] On the same day, Plaintiff filed a "Motion to file civil rights complaint *In Forma Pauperis* without being subject to Prison Law Reform Act." (Docket No. 3.) In the motion, Plaintiff states that he is not a "prisoner," but a civil detainee held pursuant to California's Sexually Violent Predator Act ("SVPA"). (*Id.* at 1.) Plaintiff claims that he is indigent, and because he is not subject to the PLRA, he requests leave to proceed *In Forma Pauperis* ("IFP") without being subject to the filing fee.

    Plaintiff is correct that as civil detainee under the SVPA, he is not a "prisoner"

---

[1] This matter was reassigned to this Court on November 12, 2014, after Plaintiff failed to file consent to proceed before a magistrate judge. (*See* Docket No. 7.)

within the meaning of 28 U.S.C. § 1915. *See Page v. Torrey*, 201 F.3d 1136, 1139-40 (9th Cir. 2000) (holding that the financial reporting and full filing fee requirements of § 1915(a)(2) & (b), and the administrative exhaustion procedures of § 1997e, does not apply to an individual civilly committed pursuant to California's Sexually Violent Predators Act as he is not "prisoner" within meaning of 28 U.S.C. § 1915). However, Plaintiff must still file a non-prisoner IFP application by which this Court may properly assess Plaintiff's indigency status. Accordingly, Plaintiff's motion is DENIED without prejudice.

The Clerk shall enclose a copy of the court's non-prisoner IFP application with a copy of this order to Plaintiff. Plaintiff must file the completed application **no later than twenty-eight (28) days** from the date this order is filed.

**Failure to file a response in the time provided will result in the dismissal of the action for failure to pay the filing fee without further notice to Plaintiff.**

This order terminates Docket No. 3.

**IT IS SO ORDERED.**

DATED: 11-21-2014

BETH LABSON FREEMAN
United States District Judge